UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD NATIONAL ASSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 1:20-cv-08187-JPO |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby dismiss the above-captioned matter, including all claims and counterclaims in the above-captioned matter, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
William J. Brennan
Michael E. DiFebbo
John C. Sullivan
KENNEDYS CMK LLP
570 Lexington Avenue – 8th Floor
New York, NY 10022
Phone: 212-252-0004
William.Brennan@kennedyslaw.com
Michael.DiFebbo@kennedyslaw.com
John.Sullivan@kennedyslaw.com

*Attorneys for Defendant*
Allied World National Assurance Company

**SO ORDERED.**

Dated: May 18, 2023

_____
Edward M. Joyce
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: 212-326-3939
Email: emjoyce@jonesday.com

Matthew R. Divelbiss
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Phone:  412-391-3939
Email:  mrdivelbiss@jonesday.com

*Attorneys for Plaintiff*
LOR, Inc.

_____
J. PAUL OETKEN
United States District Judge